No. 879. THE PEOPLE, APPELLEE, v. TORRES, APPELLANT.—
Violation of the Sanitary Law. San Juan, Section 2. July
30, 1915. Judgment reversed and defendant discharged.

No. 888. THE PEOPLE, APPELLEE, v. LÓPEZ, APPELLANT.—
Aggravated assault and battery. Humacao. July 30, 1915.
Judgment affirmed, but modified to simple assault and bat-
tery.

No. 1405. VÉLEZ, APPELLEE, v. RIVERA ET AL., APPEL-
LANTS.—Partition of property. (Memorandum of costs.)
Mayagüez.

No. 1403. RIVERA ET AL., APPELLANTS, v. RIVERA ET AL., AP-
PELLEES.—Partition of property. (Memorandum of costs.)
Mayagüez.

No. 1354. ANTONGIORGI ET AL., APPELLANTS, v. ROIG ET AL.,
APPELLEES.—Preference of obligation. Ponce.

No. 1404. DÍAZ ET AL., APPELLEES, v. CIVIDANES, APPEL-
LANT.—Judicial administration. Guayama.

November 1, 1915. Appeals withdrawn.

No. 1406. CHINEA, APPELLANT, v. CHINEA, APPELLEE.—
Ejectment. San Juan, Section 1.

No. 1407. PÉREZ, APPELLANT, v. BIAGGI, APPELLEE.—Fili-
ation and support. Ponce.

No. 1408. PORTO RICO DRUG CO., APPELLEE, v. MARTÍNEZ &
OLIVELLA, APPELLANTS.—Action of debt. Ponce.

November 2, 1915. Appeals dismissed.

No. 857. MARTÍNEZ, APPELLEE, v. ARROYO, APPELLANT.—
Ejectment. Ponce.

No. 1411. MÁRQUEZ BROTHERS, APPELLEES, v. ALONSO, AP-
PELLANT.—Action of debt. Arecibo.

No. 1409. RIVERA, APPELLANT, v. GONZÁLEZ ET AL., APPEL-LEES.—Intervention in ownership of real property.   Maya-güez.

November 3, 1915.   Appeals dismissed.

---

No. 15. MARTÍNEZ, PETITIONER, v. SOTO NUSSA, DISTRICT JUDGE, RESPONDENT.—Restraining order.   November 3, 1915. Petition denied.

---

No. 1379. SAMA, APPELLEE, v. ANTONMATTEI ET AL., AP-PELLANTS.—Mandamus.   Ponce.   November 5, 1915.   Appeal dismissed.

---

No. 154. CORREA, PETITIONER, v. CÓRDOVA DÁVILA, DISTRICT JUDGE, RESPONDENT.—Certiorari.   November 5, 1915.   Peti-tion denied.

---

No. 1417. DÍAZ, APPELLANT, v. ROURA, APPELLEE.—Dam-ages.   Ponce.   November 9, 1915.   Appeal dismissed.

---

No. 1418. SUCCESSION OF RIVERA, APPELLANT, v. MELÉNDEZ ET AL., APPELLEES.—Nullity of dominion title, etc.   Guayama. November 12, 1915.   Appeal dismissed.

---

No. 155. MARTÍNEZ, PETITIONER, v. SOTO NUSSA, DISTRICT JUDGE, RESPONDENT.—Certiorari.   November 17, 1915.   Peti-tion denied.

---

No. 153. ITURRINO, PETITIONER, v. SOTO NUSSA, DISTRICT JUDGE, RESPONDENT.—Certiorari.   November 22, 1915.   Peti-tion denied.